UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff(s),<br><br>      v.<br><br>JOHN F. HENNING, III,<br><br>        Defendant(s).<br>_____/ | No. C 11-06468 JCS<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

    **IT IS HEREBY ORDERED** that the parties shall meet and confer regarding the possibility of settling this matter not later than **July 20, 2012.** If the matter is settled, the parties shall notify the Court immediately.

    **IT IS FURTHER ORDERED** that a Case Management Conference is scheduled for **August 10, 2012, at 1:30 p.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

    The parties shall appear in person or through counsel and shall be prepared to discuss scheduling of future proceedings in this case.

    A joint case management statement shall be filed no later than seven (7) days prior to the conference, in accordance with Civil Local Rule 16-9. The case management statement shall address the following issues:

    A.    <u>Principal Issues</u>

Include a brief statement of the principal facts and events underlying the action.

Identify the principal factual and legal issues that the parties dispute.

    B.    <u>Alternative Dispute Resolution and Settlement</u>

Identify the alternative dispute resolution procedure(s) which the parties intend to use, or report specifically why no such procedure would assist in the resolution of the case.

Suggest ways the Court might help with the settlement process.

C.   Consent

Whether the parties will consent to the jurisdiction of a Magistrate Judge for all purposes.

D.   Motions

Identify any motions whose early resolution would likely have a significant effect on the scope of discovery or other aspects of the case.

E.   Discovery

1. Describe the discovery each party intends to take and how long discovery is expected to take. No discovery shall be taken until after the conference.

2. Recommend limitations on discovery and, if appropriate, on subject areas, types of witnesses, and/or time periods to which discovery should be confined.

F.   Trial

State the month and year in which the parties recommend the trial should commence, the anticipated length of trial and whether the trial will be before the court or a jury.

G.   Additional Scheduling

1. Recommend time limits to conclude discovery and to hear motions.

2. Recommend the date for the pretrial conference and for filing the papers required for the pretrial conference.

At the time of filing the original with the Clerk's Office, two conformed copies of all documents shall be delivered directly to chambers on the 15th floor. All documents shall list the civil case number followed by the designation "JCS."

Dated: June 25, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge